UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, and ALFONSO TENEZACA, on behalf of themselves and others similarly situated

CIVIL ACTION NO.: 1:24-CV-00892

**vs**                                                   **Plaintiff**

SXB RESTAURANT CORP, d/b/a IL TINELLO, ET AL

**Defendant**

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **2/19/2025** at **2:06 PM** at **16 West 56th Street, New York, NY 10019**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **SXB Restaurant Corp, d/b/a Il Tinello,**

by delivering thereat a true copy of each to **"John Doe" (Refused to Give First Name and Last Name)** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race: White
Hair : Bald
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other : Italian Speaking Waiter

I affirm on 02/19/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994