UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, and ALFONSO TENEZACA, on behalf of themselves and others similarly situated,

                  Plaintiffs,

-against-

SXB RESTAURANT CORP, d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,

                  Defendants.

Case No.: 1:25-cv-00892

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants through their undersigned counsel, that the deadline for SXB RESTAURANT CORP, d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO ("Defendants"), to answer, move, or otherwise respond to the Complaint is hereby extended through and including April 18, 2025.

      **IT IS FURTHER STIPULATED AND AGREED**, that Defendants also agree (i) to accept service of the Complaint, and (ii) waive all defenses as to invalid service of process. Defendants do not waive any other affirmative or other defenses.

      **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be deemed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

| | |
|---|---|
| JOSEPH & KIRSCHENBAUM LLP<br>32 Broadway, Suite 601<br>New York, New York 10004<br>(212) 688-5640 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, NY  10017<br>(212) 545-4000 |

By: *Josef Nussbaum*       By:    /s/ Shannon D. Azzaro

    Josef Nussbaum, Esq.                   Shannon D. Azzaro, Esq.

  *ATTORNEYS FOR PLAINTIFFS*       *ATTORNEYS FOR DEFENDANTS*

Dated: March  4 , 2025                Dated: March 3, 2025