## **CONSENT TO JOIN**

     **I WANT TO JOIN THE LAWSUIT** Molina, et al v. SXB Restaurant Corp., et al, which is pending in the United States District Court for the Southern District of New York. I understand that this lawsuit seeks unpaid wages and tips that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case as explained in this form. I wish to pursue any claims that I may have to the greatest extent possible.

     I authorize the representative Plaintiffs or Plaintiffs' attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the Named Plaintiffs to act on my behalf concerning this litigation, this investigation, consideration of any potential settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that if I sign this Consent to Join, unless I inform Plaintiffs' Counsel or the Court in writing, I will be represented by Plaintiffs' Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Plaintiffs entered into with Joseph & Kirschenbaum LLP.

Date: THURSDAY - MAY - 15 - 2025

Signature: *Naim Balidemaj*

Print Name: HAIM BALIDEMAJ

Dates of Employment: 09-10-11-12 - 2023

Position(s) Held: WAITER

Phone Number*: [redacted]

E-mail Address*: [redacted]

Mailing Address*: [redacted]

*This information will not be filed with the Court.