UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, *on behalf of themselves and others simlarly situated*, and ALFONSO TENEZACA,<br><br>                Plaintiffs,<br><br>        -v.-<br><br>SXB RESTAURANT CORP, *doing business as* IL TINELLO, XHERAT GOCAJ, *also known as* JOHNNY GOCI, and BEN CELAJ, *also known as* BENNY BELLO,<br><br>                Defendants. | 25 Civ. 892 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On June 24, 2025, the Court was informed that the parties have reached a settlement in this case. (Dkt. #24). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before July 31, 2025, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

      SO ORDERED.

Dated:   June 25, 2025
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                         United States District Judge