UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, and ALFONSO TENEZACA, on behalf of themselves and others similarly situated,

    Plaintiff,

v.

SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,

    Defendants.

25 Civ. 892 (KPF)

**ORDER**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED, pursuant to FRCP 41(a)(2) that the claims of Plaintiff Alfonso Tenezaca are hereby discontinued and dismissed without prejudice, without costs to any party against any other.

The Clerk of Court is directed to terminate Mr. Tenezaca from the docket.

Dated:  July 7, 2025
         New York, New York

_____
The Hon. Katherine Polk Failla
United States District Judge