# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

July 31, 2025



**VIA ECF AND EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Molina, et al, v. SXB Restaurant Corp. et al,* **25-cv-892 (KPF)**

Dear Judge Failla:

    We represent Plaintiffs in the above-referenced matter. On behalf of all parties, we write to respectfully notify the Court that the parties are still in the process of finalizing the paperwork to resolve this matter. We anticipate that we will be able to submit the relevant submissions to the Court within two weeks, *i.e.*, by August 15, 2025.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 29.

Dated:     August 1, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE