UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MOLINA, ROBERTO BERNAL SALEK, and LUIS CALLE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br>SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,<br><br>Defendants. | 25-cv-00892-KPF<br><br>[PROPOSED] JUDGMENT |

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj (collectively, "Defendants") having offered to allow judgment to be entered against it and in favor of Plaintiffs Javier Molina, Roberto Bernal Salek, and Luis Calle (collectively, "Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiffs' wage claims pursuant to the Fair Labor Standards Act ("FLSA") contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Plaintiffs having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000) against the Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj and in favor of Plaintiffs Javier Molina, Roberto Bernal

2

Salek, and Luis Calle shall be entered encompassing all of Plaintiffs' FLSA Causes of Action contained in the Complaint in this Action.


Dated: New York, New York
       August __, 2025

                                          _____
                                          Hon. Katherine Polk Failla, U.S.D.J.