UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, and ALFONSO TENEZACA, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,

    Defendants.

25-cv-00892-KPF

---

**WHEREAS**, no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and there is no person or party who has an interest in the subject matter of this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Javier Molina, Roberto Bernal Salek, and Luis Calle (collectively, "Plaintiffs"), on behalf of themselves and others similarly situated, and Defendants SXB Restaurant Corp., d/b/a Il Tinello ("Il Tinello"), Xhevat Gocaj (improperly identified in the Complaint as "Xherat Gocaj a/k/a Johnny Goci"), and Ben Celaj (improperly identified in the Complaint as "Ben Celaj a/k/a Benny Bello")(collectively, "Defendants"), by and through their undersigned counsel, who are authorized by Plaintiffs and Defendants to execute this Stipulation, that Plaintiffs' state law claims, as set forth in the Third, Fourth, Fifth, Sixth, Seventh, and Eighth Claims for Relief in Plaintiffs' Complaint are hereby dismissed and discontinued without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004

By: *Josef Nussbaum*
Josef Nussbaum, Esq.
D. Maimon Kirschenbaum, Esq.

Dated: August 18, 2025

ATTORNEYS FOR PLAINTIFFS

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4000

By: *[signature]*
Adam S. Gross, Esq.
Shannon D. Azzaro, Esq.

Dated: August 18, 2025

ATTORNEYS FOR DEFENDANTS

It is SO ORDERED
This 19th day of August 2025

*[signature]*

Hon. Katherine Polk Failla, U.S.D.J.