UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MOLINA, ROBERTO BERNAL SALEK, and LUIS CALLE, on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,<br><br>     Defendants. | 25-cv-00892-KPF<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 68, Opt-in Plaintiffs David Ceja, Naim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj, and John Berrezueta Reyes ("Opt-In Plaintiffs") accept Defendants SXB Restaurant Corp., d/b/a Il Tinello's, Xhevat Gocaj's, and Ben Celaj's Offer of Judgment of Three Thousand Five Hundred Dollars and Zero Cents ($3,500) in the above captioned action. The Offer of Judgment pursuant to Fed. R. Civ. P. Rule 68 is attached hereto as Exhibit 1.

Dated: New York, New York
   September 8, 2025

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: _____
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640

## CERTIFICATE OF SERVICE

Josef Nusbaum, an attorney duly admitted to practice before this Court, certifies that on September 8, 2025, he caused the within acceptance of Rule 68 offer of judgment to be served on Defendants' counsel via email and ECF filing.

*/s/ Josef Nussbaum*
Josef Nussbaum