# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MOLINA, ROBERTO BERNAL SALEK, LUIS CALLE, and ALFONSO TENEZACA, on behalf of themselves and others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,<br><br>              Defendants. | 25-cv-00892-KPF |

TO:    D. Maimon Kirschenbaum, Esq.
         Josef Nussbaum, Esq.
         JOSEPH & KIRSCHENBAUM LLP
         32 Broadway, Suite 601
         New York, NY 10004
         *ATTORNEYS FOR PLAINTIFFS*

## **FRCP 68 OFFER OF JUDGMENT TO OPT-IN PLAINTIFFS**

Defendants SXB Restaurant Corp., d/b/a Il Tinello ("Il Tinello"), Xhevat Gocaj (improperly identified in the Complaint as "Xherat Gocaj a/k/a Johnny Goci"), and Ben Celaj (improperly identified in the Complaint as "Ben Celaj a/k/a Benny Bello")(collectively, "Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 68 hereby make an Offer of Judgment to the Opt-In Plaintiffs David Ceja, Haim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj, and John Berrezueta Reyes ("Opt-In Plaintiffs") in the above-referenced action as follows:

1.    The claims sought to be resolved are all of Opt-In Plaintiffs' wage claims pursuant to the Fair Labor Standards Act ("FLSA") in this lawsuit individually and collectively which shall also be deemed waived by acceptance of the Offer.

2.    This Offer is contingent on acceptance by all Opt-In Plaintiffs. Acceptance of the Offer by all Opt-In Plaintiffs shall effect an entry of judgment under Rule 54 of the Federal

Rules of Civil Procedure as to their claims pursuant to the terms of this Offer and a dismissal with prejudice of all of Opt-In Plaintiffs' FLSA claims against Defendants.

3. The total amount of this Offer to Opt-In Plaintiffs is Three Thousand Five Hundred Dollars and Zero Cents ($3,500). However, the total Offer is made "without apportionment," and in accepting this Offer Opt-In Plaintiffs are free to apportion the amounts awarded to each Opt-In Plaintiff, provided the total does not exceed $3,500 and all Opt-In Plaintiffs accept the Offer, resolving the FLSA claims in the above-captioned action.

4. This Offer of Judgment is not to be construed as an admission that Defendants are liable to Opt-In Plaintiffs in this action or otherwise, or that Defendants have engaged in any unlawful conduct, or that Opt-In Plaintiffs have suffered any damage as Defendants deny any such wrongdoing. This Offer of Judgment is made solely for the purpose of terminating this action as contemplated by Fed. R. Civ. P. 68. Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Opt-In Plaintiffs or against Defendants of any amount or benefit, including declaratory or injunctive relief, not expressly offered herein.

5. Acceptance of this Offer will operate to waive Opt-In Plaintiffs' rights to any claim for interest on the amount of the Judgment.

6. If this Offer is not accepted by all Opt-In Plaintiffs within fourteen (14) days pursuant to Rule 68, this Offer shall be deemed withdrawn and evidence of it shall not be admissible except in a proceeding to determine costs and attorneys' fees.

7. YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if all the Opt-In Plaintiffs do not accept Defendants' Offer of Judgment within fourteen (14) days, and the judgment finally entered in this case is not more favorable to Opt-In Plaintiffs than this Offer, Opt-In Plaintiffs' claims for costs (including, to the maximum extent permitted by law,

attorneys' fees) shall be extinguished, and Opt-In Plaintiffs shall be required to pay Defendants' costs and disbursements incurred after the date set forth below.

Dated: New York, New York
      September 5, 2025

                              JACKSON LEWIS P.C.
                              *ATTORNEYS FOR DEFENDANTS*
                              666 Third Avenue, 28th Floor
                              New York, NY 10017
                              (212) 545-4000

            By:    */s/ Adam S. Gross*
                     ADAM S. GROSS, ESQ.
                     SHANNON D. AZZARO, ESQ.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of September, 2025 I caused a true and correct copy of the enclosed **FRCP 68 OFFER OF JUDGMENT** to be served via electronic mail upon the following parties and participants:

D. Maimon Kirschenbaum, Esq.
Josef Nussbaum, Esq.
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
jnussbaum@jk-llp.com

                              */s/ Shannon D. Azzaro*
                              SHANNON D. AZZARO, ESQ.

4919-1697-0580, v. 1