UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER MOLINA, ROBERTO BERNAL SALEK, and LUIS CALLE, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>SXB RESTAURANT CORP., d/b/a IL TINELLO, and XHERAT GOCAJ a/k/a JOHNNY GOCI and BEN CELAJ a/k/a BENNY BELLO,<br><br>                    Defendants. | 25-cv-00892-KPF<br><br>[PROPOSED] JUDGMENT |

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj (collectively, "Defendants") having offered to allow judgment to be entered against it and in favor of Opt-in Plaintiffs David Ceja, Naim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj, and John Berrezueta Reyes (collectively, "Opt-In Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Opt-In Plaintiffs' wage claims pursuant to the Fair Labor Standards Act ("FLSA") contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Opt-In Plaintiffs having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Three Thousand Five Hundred Dollars and Zero Cents ($3,500) against the Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj and in favor of Opt-in Plaintiffs David Ceja,

Naim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj, and John Berrezueta Reyes shall be entered encompassing all of Opt-in Plaintiffs' FLSA Causes of Action contained in the Complaint in this Action.

Dated: New York, New York
         September __, 2025

                                                                                                                         _____
                                                                                                                         Hon. Katherine Polk Failla, U.S.D.J.