UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER MOLINA, ROBERTO BERNAL SALEK,
and LUIS CALLE, on behalf of themselves and
others similarly situated,

                Plaintiffs,

     v.

SXB RESTAURANT CORP., d/b/a IL TINELLO,
and XHERAT GOCAJ a/k/a  JOHNNY GOCI and
BEN CELAJ a/k/a BENNY BELLO,

               Defendants.

25-cv-00892-KPF

**JUDGMENT**

---

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj (collectively, "Defendants") having offered to allow judgment to be entered against it and in favor of Opt-in Plaintiffs David Ceja, Naim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj, and John Berrezueta Reyes (collectively, "Opt-In Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Opt-In Plaintiffs' wage claims pursuant to the Fair Labor Standards Act ("FLSA") contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Opt-In Plaintiffs having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Three Thousand Five Hundred Dollars and Zero Cents ($3,500) against the Defendants SXB Restaurant Corp., d/b/a Il Tinello, Xhevat Gocaj, and Ben Celaj and in favor of Opt-in Plaintiffs David Ceja,

Naim Balidemaj, Norlet Osmani, Carmelo A. Gonzalez, Abel Heredia Campos, Dardan Gocaj,

and John Berrezueta Reyes shall be entered encompassing all of Opt-in Plaintiffs' FLSA Causes

of Action contained in the Complaint in this Action.

Dated: New York, New York
      September 8, 2025

The Hon. Katherine Polk Failla
United States District Judge